AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of New York

Dylan Handy
*Plaintiff*
v.
Paychex, Inc.
*Defendant*

Civil Action No. 6:24-CV-6206-EAW-CDH

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* __________ recover from the defendant *(name)* __________ the amount of __________ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* __________ recover costs from the plaintiff *(name)* __________ .

☒ other: judgment entered in favor of Defendant against Plaintiff and the case is closed.

This action was *(check one)*:

☐ tried by a jury with Judge __________ presiding, and the jury has rendered a verdict.

☐ tried by Judge __________ without a jury and the above decision was reached.

☒ decided by Judge Elizabeth A. Wolford on a motion for N/A

Date: 02/18/2026

*CLERK OF COURT*

s/Mary C. Loewenguth

*Signature of Clerk or Deputy Clerk*